IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-250-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| v. | |
| RICKIE MARKIECE ATKINSON | |

Upon motion of the United States, for the reasons stated in the Motion to Seal and for good cause shown, it is hereby ORDERED that Exhibit B to the Government's Sentencing Memorandum and Motion for Upward Departure or Variance [DE 36] be sealed, except that filed, stamped copies be provided to the United States Attorney's Office for the Eastern District of North Carolina, counsel for the defendant, and the U.S. Probation Office.

IT IS SO ORDERED, this **30** day of _____August_____, 2017.

_____
HON. JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE